UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON G. ADELSON, Plaintiff, v. DAVID A. HARRIS, MARC R. STANLEY, and NATIONAL JEWISH DEMOCRATIC COUNCIL, Defendants. | Case No. 12-Civ-6052-JPO<br>ECF Case<br>**RENEWED NOTICE/ NOTICE OF ANTI-SLAPP MOTION** |

**PLEASE TAKE NOTICE**, that upon the previously filed declarations of David A. Harris, sworn to on the 20th day of September, 2012, and Rachel F. Strom, sworn to on the 21st day of September, 2012, the contemporaneously filed declaration of Gayle C. Sproul, sworn to on the 23nd day of April, 2013, the exhibits annexed to each declaration, the accompanying Combined Supplemental Memorandum of Law, and upon all prior papers and proceedings heretofore had herein (and, to the extent necessary, the Supplemental Declaration of David A. Harris, sworn to on the 22nd of April, 2013, and the Declaration of Marc R. Stanley, sworn to on the 22nd day of April, 2013), the undersigned will renew defendants' previously filed Anti-SLAPP motion, before the Honorable J. Paul Oetken, United States District Court Judge, United States District Court, Southern District of New York, at the United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, at a date and time as shall be set by the Court, for an order, pursuant to the Nevada Anti-SLAPP Act, Nev. Rev. Stat. § 41.635 *et seq.*, dismissing the complaint of plaintiff Sheldon G. Adelson ("plaintiff") with prejudice as against defendants David A. Harris, Marc R. Stanley, and National Jewish Democratic Council (collectively, "defendants") in its entirety, awarding defendants' fees and costs pursuant to the

Nevada Anti-SLAPP Statute, § Nev. Rev. Stat. § 41.670 (and authorizing defendants to file a statement of their fees and costs within 14 days of adjudicating the motion), and granting such other and further relief as this Court may deem appropriate. Oral argument, if any, will be on a date and time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that to the extent defendants' previously filed Anti-SLAPP Motion is deemed insufficient to invoke the Nevada Anti-SLAPP statute, defendants respectfully request that the Court treat this as a new motion thereunder, and find good cause for extending the time for filing the motion based on defendants' prior invocation of the Nevada Anti-SLAPP statute, *see* Dkt. 18 at 2 n.2, Dkt. 37 at 1 n.1 & 9 n.11, the Court's recent indication that it may apply Nevada law, Mar. 6, 2013 Tr. at 4:6, and its directive to the parties to brief Nevada law, 3:21-25.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated April 2, 2013, opposition papers, if any, shall be served by Plaintiff no later than May 21, 2013.

Dated: April 23, 2013

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/ Seth D. Berlin
Lee Levine (*pro hac vice*)
Gayle C. Sproul
Seth D. Berlin
Chad R. Bowman (*pro hac vice*)
Rachel F. Strom

321 West 44th Street, Suite 1000
New York, New York 10036
Telephone: 212-850-6100
llevine@lkslaw.com
gsproul@lskslaw.com
sberlin@lskslaw.com
cbowman@lskslaw.com
rstrom@lskslaw.com

*Counsel for Defendants*
*David A. Harris, Marc R. Stanley,*
*and National Jewish Democratic Council*

**To:** David M. Olasov, Esquire
**Olasov + Hollander LLP**
27th Floor
1325 Avenue of the Americas
New York, NY 10019
dolasov@olasov.com

L. Lin Wood, Esquire
lwood@whetriallaw.com
Amy Stewart, Esquire
astewart@whetriallaw.com
Jonathan Grunberg, Esquire
jgrunberg@whetriallaw.com
**Wood, Hernacki & Evans, LLC**
1180 West Peachtree Street N.W.
Suite 2400
Atlanta, Georgia 30309
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2013, I caused to be served a true and correct copy of the foregoing **RENEWED NOTICE/NOTICE OF MOTION,** the accompanying **COMBINED SUPPLEMENTAL MEMORANDUM OF LAW**, **STATEMENT OF MATERIAL FACTS NOT IN DISPUTE** and the **DECLARATION OF GAYLE C. SPROUL** and the exhibits annexed thereto (and, if necessary, the **SUPPLEMENTAL DECLARATION OF DAVID A. HARRIS** and the **DECLARATION OF MARC R. STANLEY**), to be served through the Court's ECF-CM electronic filing system upon:

David M. Olasov, Esquire
**Olasov + Hollander LLP**
27th Floor
1325 Avenue of the Americas
New York, NY 10019
dolasov@olasov.com

L. Lin Wood, Esquire
lwood@whetriallaw.com
Amy Stewart, Esquire
astewart@whetriallaw.com
Jonathan Grunberg, Esquire
jgrunberg@whetriallaw.com
**Wood, Hernacki & Evans, LLC**
1180 West Peachtree Street N.W.
Suite 2400
Atlanta, Georgia 30309

*Counsel for Plaintiff*

/s/ Seth D. Berlin